JOSEPH M. KLEIN, Appellant, v. EDWARD J. FARRELL, Respondent.— Final order of the County Court of Nassau county affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kelby, J., dissents.

JOHN T. KREEGER, Respondent, v. MATHEWS BUILDING COMPANY, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

CHARLES E. LORD, Appellant, v. J. E. LUDWIG & Co., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

PETER MALEENY, Respondent, v. STANDARD SHIPBUILDING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents on the ground that the charge on the question of assumption of risk was erroneous, and that the request of the defendant to charge on the question of assumption of risk should have been granted; and further, that the action, being one at common law, there should have been no apportionment of damages for contributory negligence, and the charge in this respect was erroneous.

JAMES A. McCAFFERTY & SONS MFG. CO., INC., Appellant, v. ROBERTS NUMBERING MACHINE COMPANY, Respondent.— Judgment and order reversed on the law and facts, and a new trial granted, costs to abide the event. We think the trial court should have granted plaintiff's motion to amend the pleadings to conform to the proof. The question as to whether there was a novation by reason of the letter of October 20, 1920, and what the intent of the parties was, as evidenced thereby, should have been submitted to the jury as matters of fact. (See *Utica City Nat. Bank* v. *Gunn*, 222 N. Y. 204, 207, 209; *Lamb* v. *Norcross Brothers Co.*, 208 id. 427, 431; *Herring* v. *Mali*, 177 App. Div. 820.) Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

CLOVER BOLDT MILES-and Another, as Executors, etc., of GEORGE C. BOLDT, Deceased, Respondents, v. NIKOLA TESLA, Appellant, Impleaded with THOMAS G. SHEARMAN and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD A. ALEXANDER, Appellant.— Order of the Appellate Term of the Court of Special Sessions, affirming judgment of conviction in the Magistrates' Court, reversed on the facts, and a new trial ordered, on the ground that the decision is against the weight of the evidence. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CELIA COOPER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.